**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Darcell A. Kennedy                                    CHAPTER 13
                         Debtor(s)
                                                              BKY. NO. 22-12989 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of American Neighborhood Mortgage Acceptance Company, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
10 Nov 2022, 15:39:11, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322