Certificate Number: 12433-PAE-DE-037023064

Bankruptcy Case Number: 22-12989



12433-PAE-DE-037023064

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 5, 2022</u>, at <u>10:09</u> o'clock <u>PM EST</u>, <u>Darcell Kennedy</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 6, 2022</u>          By:   <u>/s/Lance Brechbill</u>

                                        Name:   <u>Lance Brechbill</u>

                                        Title:   <u>Teacher</u>