# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                          Chapter 13

DARCELL A. KENNEDY                              Bankruptcy No. 22-12989-AMC

3824 SALINA ROAD

PHILADELPHIA, PA 19154-2719


    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
  DARCELL A. KENNEDY

  3824 SALINA ROAD

  PHILADELPHIA, PA 19154-2719

**Counsel for debtor(s), by electronic notice only.**
  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
  Office of the U.S. Trustee
  Eastern District of Pennsylvania
  833 Chestnut Street, Suite 500
  Philadelphia, PA  19107

Date: 3/29/2023                                                                                      /s/ Kenneth E. West

                                                        _____
                                                        Kenneth E. West, Esquire
                                                        Chapter 13 Standing Trustee