# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Darcell A. Kennedy<br>**Debtor(s)**<br><br>**American Neighborhood Mortgage Acceptance Company, LLC**<br>**Movant**<br><br>vs.<br><br>**Darcell A. Kennedy**<br>**Debtor(s)**<br><br>**Kenneth E. West,**<br>**Trustee** | BK NO. 22-12989 ELF<br><br>Chapter 13<br><br>Related to Claim No. 15 |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 23, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Darcell A. Kennedy
3824 Salina Road
Philadelphia, PA 19154

<u>Attorney for Debtor(s)</u>
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

<u>Trustee</u>
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>March 23, 2023</u>

                                             **/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com